IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ALEXANDER DAWAYNE DABNEY, ) | Bk. No. **17-01382-RM3-13** |
| 458 Bakertown Road ) | Chapter 13 |
| Antioch, TN 37013 ) | Judge Randal S. Mashburn |
| SSN: XXX-XX-8831 ) | |
| ) | |
| Debtor(s). ) | |

ORDER DISMISSING CASE

This matter came to be heard on August 9, 2017, continued from July 5, 2017, upon the Trustee's Motion to Dismiss, for Cause, for unreasonable delay by the debtor prejudicial to creditors. Debtor's counsel had requested a hearing on the Trustee's motion. At the prior continuance, the Court had conditioned that the debtor be current on all payments to the Trustee at the hearing. The Trustee noted that the debtor was not current.

At the call of the docket, debtor's counsel was present and indicated that the debtor could not oppose the Trustee's motion. Based upon this announcement, it is

ORDERED, the above-styled case is dismissed; it is further

ORDERED, the Trustee is authorized to disburse from any funds on hand any unpaid filing fee, notice fee, unpaid adequate protection payments to secured creditors, allowed and approved administrative claims, or unpaid Trustee commission, if any, prior to returning any funds to the debtor.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED BY:


/s/ Henry E. Hildebrand, III
_____
Henry E. Hildebrand, III
Chapter 13 Trustee
P. O. Box 340019
Nashville, TN 37203-0019
615-244-1101; Fax 615-242-3241
www.ch13nsh.com
pleadings@ch13nsh.com

CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that on or before the 14th day of August, 2017, a true and correct copy of the foregoing has been served in the following manner:

***Email by Electronic Case Noticing to:***

U. S. Trustee
James Flexer, Counsel for Debtor

***By U. S. Postal Service, postage prepaid to:***

Alexander D. Dabney, 458 Bakertown Road, Antioch, TN 37013

/s/ Henry E. Hildebrand, III

_____
Henry E. Hildebrand, III
Chapter 13 Trustee

2